THE SAMSON CEMENT PLASTER COMPANY *et al.* v.
G. HELLER.
**No. 13,812.**   (78 Pac. 1115.)

Error from Douglas district court; CHARLES A. SMART,
judge.   Opinion filed December 1, 1904.   Affirmed.

*Benson & Harris,* and *Bishop & Mitchell,* for plaintiffs
in error.

*Hurd & Hurd,* and *L. C. Boyle,* for defendant in error.

*Per Curiam:* The written contract made at Burns, Kan.,
on March 26, 1901, could not be varied by oral testimony
of agreements between the parties not contained in the
writing.   The written agreement was never modified except
as to the amount to be paid Heller.   Mackey testified that
there was no other change, and that everything else except
the amount to be paid for the stock "was agreed on as it
had been originally."   The offer of proof was rightfully
rejected by the trial court.   (*Railway Co. v. Truskett,* 67
Kan. 26, and cases cited on page 35, 72 Pac. 562 )

The judgment of the court below is affirmed.